Certificate Number: 02921-PAE-DE-030848627

Bankruptcy Case Number: 13-12313



02921-PAE-DE-030848627

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 4, 2018</u>, at <u>2:48</u> o'clock <u>PM EDT</u>, <u>Michael Felice</u> completed a course on personal financial management given <u>by internet</u> by <u>Credit Counseling Center</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>April 9, 2018</u>          By:   <u>/s/Joan B Reading</u>

                                Name:  <u>Joan B Reading</u>

                                Title:  <u>President</u>