# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 13-12313-ELF

MICHAEL SEAN FELICE

11709 STEVENS ROAD

PHILADELPHIA, PA 19116

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    MICHAEL SEAN FELICE

    11709 STEVENS ROAD

    PHILADELPHIA, PA 19116

Counsel for debtor(s), by electronic notice only.

    MICHAEL P. KELLY
    402 MIDDLETOWN RD., SUITE 202

    LANGHORNE, PA 19047-

Date: 7/31/2018

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee