United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Michael Sean Felice
    Debtor

Case No. 13-12313-elf
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: PaulP    Page 1 of 2    Date Rcvd: Nov 15, 2018
                  Form ID: 138NEW    Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2018.
```
db          +Michael Sean Felice,    11707 Stevens Road,    Philadelphia, PA 19116-2503
cr          +PNC BANK N.A.,    PO BOX 94982,    CLEVELAND, OH 44101-4982
sp          +Peter K Janczyk,    c/o Edelstein Martin & Nelson, LLP,    Suite 1820,    123 South Broad Street,
              Philadelphia, PA 19109-1007
13114553     American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
12997189    +Amex,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
12997190   ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: Bank Of America,      Po Box 982235,    El Paso, TX  79998)
12997191    +Bank Of America,    Po Box 5170,    Simi Valley, CA 93062-5170
12997192    +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
12997193    +City Of Philadelphia,    Department Of Revenue,    Po Box 50,    Phila, PA 19105-0050
13032956     FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC 27410
13089636   ++M&T BANK,    LEGAL DOCUMENT PROCESSING,    626 COMMERCE DRIVE,    AMHERST NY 14228-2307
             (address filed with court: M&T Bank,      80 Holtz Drive,    Cheektowaga , New York 14225)
13020414    +Macy's,    PO Box 183083,    Columbus, OH 43218-3083
13192776    +Michael P Kelly, Esquire,    402 Middletown Blvd.,,    Suite 202,    Langhorne, Pa. 19047-1818
13023269    +PNC Bank,    P.O. Box 94982,    Cleveland, OH 44101-4982
12997198    +Pa Department Of Revenue,    PO Box 281041,    Harrisburg, PA 17128-1041
12997199    +Pnc Bank,    2730 Liberty Ave,    Pittsburgh, PA 15222-4747
12997200    +Pnc Bank Na,    Po Box 3180,    Pittsburgh, PA 15230-3180
13001015    +SunTrust Bank,    Attn: Support Services,    P.O. Box 85092,    Richmond, VA 23286-0001
12997201    +Suntrust Bk,    Po Box 85052,    Richmond, VA 23285-5052
12997202    +Thd/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
13020422    +Yellow Pages,    C/O Katherine Stafford Esq,    8625 Crown Crescent Ct, Ste 110,
              Charlotte, NC 28227-6794
13020423    +Yellow.Com,    PO Box 601141,    Pasadena, CA 91189-0002
12997204    +Yellowbook Inc,    C/O Amato & Lessa PC,    107 N Commerce Way,    Bethlehem, PA 18017-8913
13082289     eCAST Settlement Corporation,    POB 29262,    New York, NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: megan.harper@phila.gov Nov 16 2018 03:25:29      City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 16 2018 03:24:31
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 16 2018 03:24:59      U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr           E-mail/PDF: gecsedi@recoverycorp.com Nov 16 2018 03:30:15      GE Capital Retail Bank,
              c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
              Miami, FL  33131-1605
13075246     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 16 2018 03:31:50
              American InfoSource LP as agent for,    Verizon,    PO Box 248838,
              Oklahoma City, OK  73124-8838
13008597    +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Nov 16 2018 03:24:32      Asset Acceptance LLC,
              PO Box 2036,    Warren MI 48090-2036
12998397    +E-mail/Text: bnc@atlasacq.com Nov 16 2018 03:23:48      Atlas Acquisitions LLC,    294 Union St.,
              Hackensack, NJ 07601-4303
13086279     E-mail/Text: megan.harper@phila.gov Nov 16 2018 03:25:29
              City of Philadelphia Law Department,    Tax Unit - Bankruptcy,    Municipal Services Building,
              1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA 19102-1595
13000643     E-mail/Text: mrdiscen@discover.com Nov 16 2018 03:23:46      Discover Bank,
              DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
12997194    +E-mail/Text: mrdiscen@discover.com Nov 16 2018 03:23:46      Discover Fin Svcs Llc,
              Po Box 15316,    Wilmington, DE 19850-5316
12997195    +E-mail/PDF: gecsedi@recoverycorp.com Nov 16 2018 03:30:16      Gecrb/lowes,    Po Box 956005,
              Orlando, FL 32896-0001
12997196    +E-mail/PDF: gecsedi@recoverycorp.com Nov 16 2018 03:31:31      Gecrb/modells,    Po Box 965005,
              Orlando, FL 32896-5005
12997197     E-mail/Text: cio.bncmail@irs.gov Nov 16 2018 03:23:56      Internal Revenue Service,
              PO Box 7346,    Philadelphia, PA  19101-7346
13041116    +E-mail/Text: bncmail@w-legal.com Nov 16 2018 03:24:57      OAK HARBOR CAPITAL VII, LLC,
              C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13094321     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 16 2018 03:30:55
              Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13020804     E-mail/PDF: rmscedi@recoverycorp.com Nov 16 2018 03:30:57
              Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
12997203    +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Nov 16 2018 03:23:40
              Verizon Pen,    500 Technology Dr Ste 30,    Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 17
```

```
District/off: 0313-2              User: PaulP                  Page 2 of 2                  Date Rcvd: Nov 15, 2018
                                  Form ID: 138NEW              Total Noticed: 41

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               PNC BANK
13020405*       +Amex,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
13020406*      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court:    Bank Of America,    Po Box 982235,    El Paso, TX  79998)
13020407*       +Bank Of America,    PO Box 5170,    Simi Valley, CA 93062-5170
13020408*       +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
13020409*       +City Of Philadelphia,    Department Of Revenue,    Po Box 50,    Phila, PA 19105-0050
13020410*       +Discover Fin Svcs Llc,    Po Box 15316,    Wilmington, DE 19850-5316
13020411*       +Gecrb/lowes,    Po Box 956005,    Orlando, FL 32896-0001
13020412*       +Gecrb/modells,    Po Box 965005,    Orlando, FL 32896-5005
13020413*        Internal Revenue Service,    PO Box 7346,    Philadelphia, PA  19101-7346
13020415*       +Pa Department Of Revenue,    PO Box 281041,    Harrisburg, PA 17128-1041
13020416*       +Pa Department Of Revenue,    PO Box 281041,    Harrisburg, PA 17128-1041
13020417*       +Pnc Bank,    2730 Liberty Ave,    Pittsburgh, PA 15222-4747
13020418*       +Pnc Bank Na,    Po Box 3180,    Pittsburgh, PA 15230-3180
13020419*       +Suntrust Bk,    Po Box 85052,    Richmond, VA 23285-5052
13020420*       +Thd/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
13020421*       +Verizon Pen,    500 Technology Dr Ste 30,    Weldon Spring, MO 63304-2225
13020424*       +Yellowbook Inc,    C/O Amato & Lessa PC,    107 N Commerce Way,    Bethlehem, PA 18017-8913
13082290*        eCAST Settlement Corporation,    POB 29262,    New York, NY 10087-9262
13082291*        eCAST Settlement Corporation,    POB 29262,    New York, NY 10087-9262
                                                                                             TOTALS: 1, * 19, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2018                                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2018 at the address(es) listed below:
              ALEXANDRA T. GARCIA    on behalf of Creditor    M&T Bank ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              ANN E. SWARTZ    on behalf of Creditor    M&T Bank ecfmail@mwc-law.com,   ecfmail@ecf.courtdrive.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KEVIN T MCQUAIL    on behalf of Creditor    M&T Bank ecfmail@mwc-law.com
              MARISA MYERS COHEN    on behalf of Creditor    M&T Bank mcohen@mwc-law.com
              MICHAEL P. KELLY    on behalf of Debtor Michael Sean Felice mpkpc@aol.com,
               r47593@notify.bestcase.com
              THOMAS I. PULEO    on behalf of Creditor    M&T BANK tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                               TOTAL: 12
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Michael Sean Felice

    Debtor(s)

Bankruptcy No: 13–12313–elf

Chapter: 13

---

## NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑ 2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑ 3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

For The Court
Timothy B. McGrath
Clerk of Court

Dated: 11/15/18

79 – 78
Form 138_new